**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   22-CR-00120-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR ANTONIO PACHECO-MONJE,
    a/k/a Anthony FLORES-Flores,
    a/k/a Antonio FLORES-Flores,
    a/k/a Omar FLORES-Flores,
    a/k/a Omar Antonio PACHECO-Monge,
    a/k/a Omar PACHECO,
    a/k/a "Crazy Boy,"
    a/k/a "Bus,"

    Defendant.

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**

On or about November 2, 2018, in the State and District of Colorado, the defendant, OMAR ANTONIO PACHECO-MONJE, a/k/a Anthony FLORES-Flores, Antonio FLORES-Flores, Omar FLORES-Flores, Omar Antonio PACHECO-Monge, Omar PACHECO, "Crazy Boy," and "Bus," an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about June 26, 2009, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(2) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for an aggravated felony offense.

A TRUE BILL:


<u>Ink signature on file in Clerk's Office</u>
FOREPERSON


COLE FINEGAN
United States Attorney


By: <u>*s/Valeria Spencer*</u>
Valeria Spencer
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  valeria.spencer@usdoj.gov
Attorney for the Government