DEFENDANT:        OMAR ANTONIO PACHECO-MONJE,
                          a/k/a Anthony FLORES-Flores,
                          a/k/a Antonio FLORES-Flores,
                          a/k/a Omar FLORES-Flores,
                          a/k/a Omar Antonio PACHECO-Monge,
                          a/k/a Omar PACHECO,
                          a/k/a "Crazy Boy,"
                          a/k/a "Bus,"

AGE:        **1975**

COMPLAINT        _____ Yes      __X__ No
FILED?
                          If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    ____ Yes     ____ No
     If No, a new warrant is required

OFFENSE(S):        Count 1:  Illegal Re-entry After Deportation, 8 U.S.C. § 1326(a), (b)(2)

LOCATION OF        Denver County, Colorado
OFFENSE:

PENALTY:        Count 1:
                          •   If the enhanced penalty does not apply, NMT 2 years
                              imprisonment, NMT $250,000 fine or both; NMT 1 year
                              supervised release; $100 Special Assessment fee.
                          •   If the enhanced penalty under (b)(1) applies, NMT 10 years
                              imprisonment; NMT $250,000 fine or both; NMT 3 years
                              supervised release; $100 Special Assessment fee.
                          •   If the enhanced penalty under (b)(2) applies, NMT 20 years
                              imprisonment; NMT $250,000 or both; NMT 3 years supervised
                              release; $100 Special Assessment fee.

AGENT:        Raul Ramirez
                      Deportation Officer, ICE

AUTHORIZED        Valeria Spencer
BY:        Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X   five days or less; ___ over five days

THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.