AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| OMAR ANTONIO PACHECO-MONJE, | ) | Case No.   22-CR-00120-PAB |
| a/k/a Anthony FLORES-Flores, Antonio | ) | |
| FLORES-Flores, Omar FLORES-Flores, | ) | |
| Omar Antonio PACHECO-Monge, Omar PACHECO, | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    OMAR ANTONIO PACHECO-MONJE                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Illegal Re-entry After Deportation, in violation of 8 U.S.C. § 1326(a), (b)(2)

Date:   04/06/2022

*s/S. Phillips, Deputy Clerk*
*Issuing officer's signature*

City and state:    Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date:  _____

_____
*Arresting officer's signature*

_____
*Printed name and title*