IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00120-PAB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

OMAR ANTONIO PACHECO-MONJE,
a/k/a Anthony FLORES-Flores,
a/k/a Antonio FLORES-Flores,
a/k/a Omar FLORES-Flores,
a/k/a Omar Antonio PACHECO-Monge,
a/k/a Omar PACHECO,
a/k/a "Crazy Boy,"
a/k/a "Bus,"

  Defendant.

---

## NOTICE OF APPEARANCE
---

  The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

            Respectfully submitted,

            VIRGINIA L. GRADY
            Federal Public Defender


            s/Kilie Latendresse
            KILIE LATENDRESSE
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            kilie.latendresse@fd.org
            Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Valeria Spencer, AUSA
Email: Valeria.Spencer@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Omar Antonio Pacheco-Monje        (via Mail)


s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant