AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 APR 12  AM 11:08

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br>OMAR ANTONIO PACHECO-MONJE,<br>a/k/a Anthony FLORES-Flores, Antonio<br>FLORES-Flores, Omar FLORES-Flores,<br>Omar Antonio PACHECO-Monge, Omar PACHECO,<br>*Defendant* | Case No.  22-CR-00120-PAB |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   OMAR ANTONIO PACHECO-MONJE ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Illegal Re-entry After Deportation, in violation of 8 U.S.C. § 1326(a), (b)(2)

Date:  04/06/2022

s/S. Phillips, Deputy Clerk
*Issuing officer's signature*

City and state:  Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/8/22 , and the person was arrested on *(date)* 4/11/22
at *(city and state)* Centennial, Colorado .

Date: 4/11/22

_____
*Arresting officer's signature*

RO O'Leary
*Printed name and title*