IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00120-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

OMAR ANTONIO PACHECO-MONJE,

       Defendant.

---

## NOTICE OF DISPOSITION

---

Defendant, Omar Antonio Pacheco-Monje, by and through counsel, Kilie Latendresse, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government. The parties are requesting permission to contact the Court to schedule a change of plea hearing.

                Respectfully Submitted,

                VIRGINIA L. GRADY
                Federal Public Defender


                *s/ Kilie Latendresse*
                Kilie Latendresse
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                Kilie_Latendresse@fd.org
                Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2022, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Valeria Spencer, AUSA
    Email: Valeria.Spencer@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Omar Antonio Pacheco-Monje    (via Mail)

    *s/ Kilie Latendresse*
    Kilie Latendresse
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Kilie_Latendresse@fd.org
    Attorney for Defendant