IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-CR-120-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

OMAR PACHECO-MONJE,

        Defendant.

_____

**UNOPPOSED MOTION FOR IMMEDIATE SENTENCING**

_____

Omar Pacheco-Monje, through undersigned counsel, respectfully requests that this Court impose the sentence in the above-referenced matter immediately following the Change of Plea hearing. In support thereof, Mr. Pacheco-Monje states the following:

Pursuant to Rule 32(c)(1)(A)(ii) of the Federal Rules of Criminal Procedure, a Court may immediately sentence a defendant without the benefit of a presentence investigation by probation when "the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, and the court explains its finding on the record."

Mr. Pacheco-Monje intends to plead guilty to a one-count Information charging a violation of 8 U.S.C. 1326(a), illegal re-entry after deportation and removal. The parties have agreed to stipulate to a sentence of six months imprisonment and two years of supervised release. Mr. Pacheco-Monje has been detained on this case since April 11,

2022. At the time of the plea hearing, he will have over three months of pre-sentence confinement credit.

Undersigned counsel has conferred with Valeria Spencer, attorney for the government, who indicated that the Government is not opposed to immediate sentencing in this matter.

WHEREFORE, Mr. Pacheco-Monje respectfully requests that the Court forgo the necessity of a presentence investigation in this case and, instead, proceed with sentencing immediately following the Change of Plea hearing. Alternatively, Mr. Pacheco-Monje requests an expedited sentencing procedure and a sentencing date prior to October 11, 2022 so that he may receive the full benefit of the plea agreement.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Valeria Spencer, Assistant United States Attorney
  Valeria.Spencer@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Omar Pacheco-Monje (via U.S. Mail)

          s/Kilie Latendresse
          KILIE LATENDRESSE
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          kilie.latendresse@fd.org
          Attorney for Defendant