IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00120-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OMAR PACHECO-MONJE,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on defendant's Unopposed Motion for Immediate Sentencing [21], wherein Mr. Pacheco-Monje requests that the Court proceed to sentencing immediately following the change of plea hearing set for Friday, July 15, 2022. The motion indicates that the government does not oppose. *Id*. at 2.

    The motion was filed two days before the change of plea hearing. It does not give the Probation Office time to prepare an expedited sentencing report. And therefore does not provide the Court with the opportunity to have the Probation Office's input. Wherefore, it is

    **ORDERED** that defendant's Unopposed Motion for Immediate Sentencing [Docket No. 21] is **DENIED**.

    DATED July 13, 2022.