IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 22-cr-00120-PAB | Date:  July 15, 2022 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Kevin Carlin |
| Interpreter:          Cathy Bahr | |

*Parties*:                                                          *Counsel*:

UNITED STATES OF AMERICA,                    Valeria Spencer

   Plaintiff,

v.

1. OMAR ANTONIO PACHECO-MONJE,        Kilie Latendresse

   Defendant.

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**11:30 a.m.    Court in session.**

Appearances of counsel.  Defendant present in custody.

The Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court.

Interpreter sworn.

Defendant sworn.

Discussion regarding the 11(c)(1)(c) portion of the plea agreement and how it would interact with waivers of various appellate rights.  Ms. Latendresse makes changes to the plea agreement, as discussed, by interlineation.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant is encouraged to file a motion if an expediated sentencing hearing is requested.

Defendant enters plea of guilty to Count 1 of the Indictment.

Court states its findings of fact and conclusions of law.

**ORDERED:** **The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.**

**ORDERED:** **Court Exhibits 1 and 2 are admitted.**

**ORDERED:** **Defendant's plea of guilty is accepted.**

**ORDERED:** **The Probation Department shall conduct a presentence investigation and file a presentence report.**

**ORDERED:** **Any motions for departure or variance shall be filed within the time limits specified by Fed.R.Crim.P. 32(f)(1), as discussed.**

**ORDERED:** **Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.**

**ORDERED:** **Sentencing is set for September 30, 2022 at 10:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.**

**ORDERED:** **Any pending pretrial motions on behalf of the Defendant are deemed MOOT.**

**ORDERED:** **Defendant is remanded to the custody of the U. S. Marshal.**

**12:09 p.m.** Court in recess.

Hearing concluded.
Total time in court:    00:39