IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-CR-00120-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

OMAR ANTONIO PACHECO-MONGE,

       Defendant.

---

**OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

---

    Omar Antonio Pacheco-Monge, through counsel, submits the following objections to the Presentence Investigation Report ("PSIR"). ECF 26:

**I.**   **Objections impacting the applicable guideline range.**

There are no objections impacting the applicable guideline range.

**II.**   **Objections not impacting the applicable guideline range.**

    Mr. Pacheco-Monge has two objections, one of which is more of a clarification, to information contained in the PSIR that, while not impacting the applicable guideline range, could influence the Court at sentencing or harm him in other ways in the future. First, Mr. Pacheco-Monge wishes to correct the driver's license information in the "Identifying Data" section of the PSIR. *Id.*, p. 2. Second, Mr. Pacheco-Monge objects to the inclusion of multiple aliases, including names, dates of birth, and social security numbers, that he has never used and that should not be affiliated with him, as this incorrect information has harmed him in the past and could harm him and others in the future, as well.

1

The Due Process clause protects a defendant's right not to be "sentenced on the basis of materially incorrect information." *United States v. Cook*, 550 F.3d 1292, 1296 (10th Cir. 2008). A court may only consider evidence bearing "some minimal indicium of reliability beyond mere allegation." *United States v. Beaulieu*, 893 F.2d 1177, 1181 (10th Cir. 1990); *accord* U.S.S.G. § 6A1.3 (evidence used at sentencing must have "sufficient indicia of reliability to support its probable accuracy"). Thus, factual findings cannot be based solely on unreliable or unsupported allegations. *United States v. Castillo,* 8 F.4th 68 (2021).

**A. Mr. Pacheco-Monge possesses a valid driver's license issued by the state of New Mexico.**

The PSIR lists a Colorado driver's license number on page 2. Mr. Pacheco-Monge does not know where this information came from, as he does not have a Colorado driver's license. He does want to confirm, however, that he possesses a valid driver's license and was in possession of this license when he was arrested for this case on March 16, 2022. This is the license that he presented to law enforcement and that is mentioned in paragraph 14 of the PSIR. *See* Exhibit A – New Mexico Driver's License. In addition to driving with a valid license bearing his true name and date of birth, Mr. Pacheco-Monge also had valid insurance.

**B. Mr. Pacheco-Monge objects to the inclusion of multiple aliases in his PSIR that he has never used and that should not be associated with him.**

Mr. Pacheco-Monge objects to all of the aliases, including names, dates of birth, and social security numbers, listed on page 3 of the PSIR, except the following[1]:

    1. Omar Antonio Pacheco Hernandez[2]
    2. Omar Antonio Pacreco-Monje

---

[1] The list of aliases that he objects to is significantly longer than the list of names that he does not object to.
[2] Mr. Pacheco-Monge's first last name, Pacheco, was his father's last name. Monge was his mother's last name at the time he was born. She has since remarried and changed her last name to Hernandez, which is presumably how this variation of his name occurred and came to be associated with him at some point.

   3. Omar Antonio R H
   4. Omar Monge
   5. Omar Pachecomonge

Mr. Pacheco-Monge does not object to the above-listed "aliases", because he assumes these are simply misspellings or misunderstandings of his actual name.

Furthermore, Mr. Pacheco-Monge particularly objects to the inclusion of his son's social security number[3] in his PSIR, as this information is potentially harmful to both Mr. Pacheco-Monge and his son, Luis Omar Pacheco. Mr. Pacheco-Monge has never assumed his son's identity and does not want his son's social security number to be included in a federal criminal filing.

Mr. Pacheco-Monge has been prejudiced in the past by the improper association of someone else's identity with his own, which is why he insists that this information be corrected. On September 13, 2006, a man named Anthony Flores-Flores, DOB 5/10/1978, was cited for driving under the influence ("DUI"). *See* Exhibit B – Denver County Court Case Record for Anthony Flores-Flores. Court records show that Mr. Flores-Flores pleaded guilty on October 16, 2006 and was sentenced to probation the following month. *Id.* On November 2, 2008, Mr. Pacheco-Monje was arrested for Mr. Flores-Flores's DUI case and brought before the court four days later. *See id.* The minute order from that day states: "11/6/08 OMAR PACHECO 8/8/75 APPEARS IN CUSTODY IS NOT DEF ANTHONY FLORES-FLORES DOB 5/10/78. RELEASE DEF. RNS/KW." *Id.* Mr. Pacheco-Monge does not know how or why this case came to be associated with him, but he believed the matter of his identity had been resolved after he was arrested and released in 2008. Unfortunately, his optimism was misplaced.

---

[3] The number that begins 615-XXX-XXXX.

Twelve years later, on August 8, 2020, Mr. Pacheco-Monge was again detained under Mr. Flores-Flores's name and brought before the judge to appear as the defendant in that case. The judge again made findings on the record that Mr. Pacheco-Monge was not the defendant in that case and specifically ordered that "[t]he aka Anthony Flores should be stricken from Omar Pacheco['s] history." *Id.* In spite of this record, however, Mr. Flores-Flores's case still appeared on Mr. Pacheco-Monge's bond report for this case and the names "Antonio Flores" and "Omar Flores" are listed as aliases in his PSIR.

The improper association of incorrect identifying information with Mr. Pacheco-Monge's identity has been demonstrably harmful to Mr. Pacheco-Monge in the past and, based on these experiences, he has every good faith reason to believe that this misinformation will continue to harm him in the future if it is not corrected. Mr. Pacheco-Monge therefore requests that the incorrect alias information, including names, dates of birth, and social security numbers be removed from his PSIR.

Wherefore, Mr. Pacheco-Monge respectfully submits his PSIR objections to the Court and requests an order that the harmful misidentifying information be removed.

//
//
//
//

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I electronically filed the foregoing

**OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Valeria Spencer, Assistant United States Attorney
    Valeria.Spencer@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Omar Antonio Pacheco-Monge (via U.S. Mail)


                                                <u>s/Kilie Latendresse</u>
                                                KILIE LATENDRESSE
                                                Assistant Federal Public Defender
                                                633 17th Street, Suite 1000
                                                Denver, CO  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                kilie.latendresse@fd.org
                                                Attorney for Defendant