

**NEW MEXICO**
DRIVER'S LICENSE
NOT INTENDED FOR FEDERAL PURPOSES

License # 5066667224
PACHECO-MONGE
OMAR ANTONIO
Date of Birth 08/08/1975
300 DORADO PL SE APT B4
ALBUQUERQUE, NM 87123
WEIGHT 210   SEX M
HEIGHT 5'06"   EYES BRO
CLASS D
ENDORSEMENTS NONE
RESTRICTIONS NONE
DONOR ♥
ISSUED 12/10/2021
EXPIRES 12/09/2029




DEFENDANT'S EXHIBIT
A
US v. Pacheco-Monje
22-cr-00120-PAB