Printed: 04/18/22 2:23 PM | Case Number : 06M13043 | Page 1 of 3

## Case Information
DCC Case No: 06M13043    State Case No: C0862006M 013043

| Status | Case Type | Vio Date | Date Filed | Trial Ctrm | DV |
|---|---|---|---|---|---|
| OPEN | DRIVING UNDER THE INFL | 09/13/2006 | 09/18/2006 | 316R | |

Location: 1500 BLK ONEIDA

## Party Information
DCC Case No: 06M13043    **2 Parties**

**DEFENDANT**

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| FLORES-FLORES | ANTHONY | | | 05/10/1978 | JAIL |

Address: 364 S. NILE STREET
          AURORA, CO 80012
Phone: (720) 427-0525
Language:

AKA

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| PACHECO | OMAR | | | | |

Address: DENVER, CO
Phone:
Language:

## Violations
DCC Case No: 06M13043

| | Disposition | CRS | Class | Description | Points |
|---|---|---|---|---|---|
| 1 | DISMISSED | 42-4-1409 | MT1 | DRIVING W/O PROOF OF INSURANCE | 0 |
| 2 | GUILTY | 42-4-1301 | M | DUI | 12 |
| 3 | DISMISSED | 42-4-1301 | M | DUI PER SE | 0 |
| 4 | DISMISSED | 42-4-204 | TIA | NO HEADLIGHTS WHEN REQUIRED | 0 |

## Sentence Information
DCC Case No: 06M13043

| Date/Description | Value | Units | SOE Date | Due Date | Status |
|---|---|---|---|---|---|
| **11/27/2006** | | | | | |
| JAIL TIME IMPOSED | 120 | DAYS | | | |
| 1  CONCURRENT JAIL SENT | | | | 00/00/00 | |
| JAIL TIME SUSP COND. | 120 | DAYS | | | |
| 1  NO FURTHER VIOLATIONS | | | | 00/00/00 | |
| SUPERVISED PROBATION | 1 | YEARS | | 11/27/07 | |
| 1  MONITORED SOBRIETY | | | | 00/00/00 | |
| 2  LEV 2 ED & 42 HRS THERAPY | | | | 00/00/00 | |
| 3  MONITORED BREATHALYZERS | | | | 00/00/00 | |
| 4  VICTIM IMPACT PANEL | | | | 00/00/00 | |
| COMM SERV ORDERED | 56 | HOURS | | | |
| **12/06/2006** | | | | | |
| COMM SERV COMPLETED | 56 | HOURS | | | |
| **11/06/2008** | | | | | |
| RELEASE DEFENDANT | | | | | |
| **08/10/2020** | | | | | |
| RELEASE DEFENDANT | | | | | |

DEFENDANT'S EXHIBIT B
US v. Pacheco-Monje
22-cr-00120-PAB

## Fine and Costs
DCC Case No: 06M13043

| Description | Imposed | Suspended | CCWP/CTS | Paid | Due |
|---|---|---|---|---|---|
| VICTIM COMPENSATION | 25.00 | .00 | .00 | 25.00 | .00 |
| VICTIM ASSISTANCE FUND | 78.00 | .00 | .00 | 78.00 | .00 |
| ASSET RECOVERY FEE | 35.72 | .00 | .00 | .00 | 35.72 |
| SUPERVISION FEE | 600.00 | .00 | .00 | 254.00 | 346.00 |
| FINE DUI | 100.00 | .00 | .00 | .00 | 100.00 |
| CRIMINAL COURT COSTS | 21.00 | .00 | .00 | .00 | 21.00 |
| **Total:** | **$1,320.72** | **$0.00** | **$0.00** | **$392.00** | **$928.72** |

## Fine and Costs

DCC Case No: 06M13043

| Description | Imposed | Suspended | CCWP/CTS | Paid | Due |
|---|---|---|---|---|---|
| EVALUATION FEE | 181.00 | .00 | .00 | .00 | 181.00 |
| LEAF | 90.00 | .00 | .00 | .00 | 90.00 |
| COUNTY TREASURY COST | 15.00 | .00 | .00 | .00 | 15.00 |
| USEFUL PUBLIC SERVICE | 75.00 | .00 | .00 | .00 | 75.00 |
| OJW STATE FEE (CRIMINAL) | 15.00 | .00 | .00 | .00 | 15.00 |
| OJW CITY FEE | 15.00 | .00 | .00 | .00 | 15.00 |
| BRAIN INJURY SURCHARGE | 15.00 | .00 | .00 | .00 | 15.00 |
| ADMINISTRATIVE FEE | 55.00 | .00 | .00 | 35.00 | 20.00 |
| **Total:** | **$1,320.72** | **$0.00** | **$0.00** | **$392.00** | **$928.72** |

## Action Information

DCC Case No: 06M13043

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 09/01/20 00:50 | INTEGRAL ADJUSTMENT | | | | -232.18 |
| Minute #1 | Manually inserted adjustment action to account for adjusted amount sent to Integral with 09/01/2020 update file. | | | | |
| 08/10/20 08:30 | IN CUSTODY HEARING | Magist K Boland | 2100 | HEARING HELD | |
| Minute #1 | JUDGE KAB: [HELD], Def w/Atty | | | | |
| Minute #2 | Def present i/c w/priv. atty Segura w/limited appearance, due to Covid-19 all parties appear via TeleConf; Reading & advise. waived; PD claims Def is not Flores-Flores, Anthony, correct name is Omar Pacheco; (by: OGG) | | | | |
| Minute #3 | Court finds based on picture on record, not the same Defendant and orders Mr. Pacheo released (by: OGG) | | | | |
| Minute #4 | Court finds that based on the order 11.6.08, the person, Omar Pacheco dob 8/8/75 is not D Anthony Flores Flores. The aka Anthony Flores Flores should be stricken from Omar Pacheco history. | | | | |
| 08/08/20 05:28 | DENVER CITY JAIL IN CUSTODY | | WARR | | |
| 08/08/20 05:28 | WARRANT CANCELLATION ORDERE | | WARR | WARCAN | |
| 10/09/17 11:45 | ICJ FILE SCANNED | | WARR | | |
| 10/22/13 12:35 | VALIDATE WARRANT | | WARR | | |
| 02/04/10 21:27 | VALIDATE WARRANT | | WARR | | |
| 03/07/09 13:38 | INTEGRAL REFERRAL | | | | 1,160.90 |
| 11/07/08 14:23 | FAIL TO APPEAR WARRANT ORDERI | | 100K | WARISS | 3,000.00 |
| Minute #1 | CBI RECORD MODIFIED. RT 3/1/13 | | | | |
| 11/06/08 14:13 | WRONG DEFENDANT | | 100K | | |
| 11/06/08 13:30 | PROBATION SHOW CAUSE HEARING | Judge R Satter | 100K | PETITION WITHDRAWN | |
| Minute #1 | 11/6/08 OMAR PACHECO DOB 8/8/75 APPEARS IN CUSTODY IS NOT DEF ANTHONY FLORES-FLORES DOB 5/10/78. RELEASE DEF. RNS/KW | | | | |
| 11/04/08 08:30 | IN CUSTODY HEARING | Judge R Satter | 100K | CONTINUE BY COURT | |
| 11/03/08 09:45 | DENVER CITY JAIL IN CUSTODY | | | | |
| 11/03/08 09:45 | WARRANT CANCELLATION ORDERE | | | WARCAN | |
| 11/03/08 04:41 | JAILED OUT OF COUNTY/CBI HOLD | | | | |
| 11/08/07 13:31 | FAIL TO APPEAR WARRANT ORDERI | | 100K | WARISS | 3,000.00 |
| 11/08/07 13:30 | WARRANT CANCELLATION ORDERE | | 100K | WARCAN | |
| 11/08/07 13:30 | PROBATION SHOW CAUSE HEARING | Judge M Celeste | 100K | FAILED TO APPEAR (FTA) | |
| 11/05/07 07:00 | CALL TO COURT | | 100K | | |
| 10/02/07 14:40 | PROBATION REVOCATION FILED | | 111 | | |
| 05/28/07 03:55 | VALIDATE WARRANT | | WARR | | |
| 05/10/07 11:41 | FAIL TO PAY WARRANT ORD | | 145Z | WARISS | 863.00 |
| 05/10/07 11:41 | OJ/W ORDERED | | 145Z | | 30.00 |
| 05/02/07 14:57 | COLLECTION LETTER SENT | | 145Z | | |
| 03/29/07 21:03 | COLLECTION LETTER SENT | | 145Z | | |
| 12/28/06 08:02 | COLLECTION LETTER SENT | | 145 | | |
| 11/27/06 09:55 | PAYMENT PLAN CREATED | | 145 | DELWAR | 0.00 |
| 11/27/06 08:30 | RETURN ON PSI | Judge L Bohning | 316R | SENTENCE ENTERED | |
| 11/27/06 08:30 | FINE/COSTS TOTAL | | 316R | FTP | 1,200.00 |
| 11/22/06 11:27 | PSI REPORT RECEIVED | | 316R | | |

Printed: 04/18/22 2:23 PM                     **Case Number :  06M13043**                         Page 3 of 3

## Action Information                        DCC Case No:  06M13043

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 11/22/06 07:00 | CALL TO COURT | | 316R | | |
| 10/16/06 12:57 | PROBATION REFERRAL RECEIVED | | PROB | | |
| 10/16/06 09:30 | ARRAIGNMENT | Judge B Faragher | 11S | GUILTY PLEA SET NEW DATE | |
| 10/16/06 09:30 | REFER TO PROB PSI | | 11S | PRSEEN | |
| 10/11/06 07:00 | CALL TO COURT | | 11S | | |
| 09/18/06 15:11 | CASE ENTERED | | | | |

## Jail Information                          DCC Case No:  06M13043

| Date | Location | Arrest No |
|---|---|---|
| 11/03/2008 | JAIL | |
| 11/03/2008 | DENVER CITY JAIL IN CUSTODY | |
| 08/08/2020 | DENVER CITY JAIL IN CUSTODY | |

## Official Information                      DCC Case No:  06M13043

**ID:** P01021    **Name:** LADWIG, JEFFREY
**ID:** P05020    **Name:** STEWART, SCOTT
**ID:** P06047    **Name:** MILOW, ANTONIO
**ID:** P96024    **Name:** SWINT, DANIEL