IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-CR-00120-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR ANTONIO PACHECO-MONJE,
    a/k/a Omar Antonio Pacheco-Monge,
    a/k/a Omar Pacheco,

    Defendant.

───────────────────────────────────────────────

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO THE
PRESENTENCE INVESTIGATION REPORT [Doc. 28]**

───────────────────────────────────────────────

The United States of America, by and through the undersigned United States Attorney and Assistant United States Attorney, responds to Defendant's Objections to the Presentence Investigation Report ("PSIR") [Doc. 28], noting neither of Defendant's objections impacts the applicable guideline range.

    I.    Objection or corrections to Defendant's driver's license.

Defendant objects to the listing of a Colorado Driver's License which is noted on page 2 of the PSIR, indicating that is not him. The government does not have any information about how the probation officer obtained that driver's license or if there is a photograph associated with the driver's license that might solve the dispute.

    II.    Objection to annotation of Defendant's aliases

The government notes that the Defendant has spelled his last name as "Monge" on the case caption and throughout his filing. While the government does not object to

removing an alias noted by the Defendant as not being him, it does object to Defendant attempting to change the name presented in the caption. The discovery provided in this case obtained from the United States Department of Homeland Security includes a copy of the Defendant's birth certificate that was provided by the Defendant's mother. That document is attached hereto as Exhibit 1. It clearly states the Defendant's given name is Omar Antonio Pacheco Monje.

The government is satisfied that the records show that this defendant was not the defendant charged in Denver County Court with driving under the influence of alcohol 2006. The person's name is Anthony Flores-Flores. That alias should be removed from the caption.

The NCIC report lists the many aliases the Defendant has used in the past, and state court charging documents note several aliases, including for example, Omar Flores and Antonio Flores. Those two names are contained within the court captions as being associated with this Defendant in two California cases that resulted in this defendant's convictions for attempted carjacking (1994) and possession of a firearm by a felon (1997).

The discovery supports the Defendant has used aliases in the past that are more than just misspellings of his given name. Relying upon his statements that he has not used other names is simply not credible. The list should remain in the PSIR.

III.     Objection to inclusion of Defendant's son's social security number.

It appears Defendant is stating that the first social security number listed on page 3 of the PSIR is actually his son's and he disputes ever representing it as his own. The government does not have in its possession any documentation to confirm or deny that Defendant ever used his son's social security number and will rely upon probation's

representations that there is documentation to indicate he has done so and the reference should remain.

Respectfully submitted September 15, 2022.

                                COLE FINEGAN
                                United States Attorney

By:   *s/Valeria N. Spencer*
       Valeria N. Spencer
       Assistant U.S. Attorney
       United States Attorney's Office
       1801 California St., Suite 1600
       Denver, Colorado   80202
       Phone:  (303)   454-0100
       Fax: (303) 454-0403
       E-mail: Valeria.Spencer@usdoj.gov
       Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                              *s/Portia Peter*
                              Portia Peter
                              Legal Assistant
                              United States Attorney's Office