01/30/1995 07:25   2137669819         SEY YES IMC                PAGE 01

# SEY YES, Inc.

## Save Every Youngster Youth Enterprise Society

1968 Adams Blvd. . Los Angeles, CA 90018 . 213-766-9660 . FAX 213-766-9819



FAX  5208 685721 —> 602-868521

TO:   Francisco Baez

*****************************

FROM:  Maria Rhina Monge
       Mother of Omar A. Pacheco Monge (A-2973923)
       Ca ID # U515 3084 (exp 03-28-97

COMMENTS: This is a copy of the Birth Certificate of my Son Omar.
If you have any Questions Call me at home. God Bless You

TOTAL NUMBER OF PAGES SENT (INCLUDING THIS SHEET):  2

SEY YES Inc. Board of Directors: Alan Bennett, Chairman - Canolia Robinson, Secretary - Carlotta Hardy, Treasurer
V. G. Guinses - Yvette Levarity - Betty Sue Payne - Jessie Walters

R-97%                                 2137669819         11-21-95 04:24PM P001 #01

**GOVERNMENT EXHIBIT**
01
22-cr-00120

INV00000085

01/30/1995  07:25    2137660019           SEY YES IMC                    PAGE 02



Gobierno Constitucional
del Estado de Puebla.
Secretaria de Finanzas
del Estado

En nombre de los Estados Unidos Mexicanos y como Juez del Registro del Estado Civil de este lugar, certifico: que en el libro número del Juzgado que es a mi cargo, a la foja se encuentra un acta con el tenor siguiente:

Nº 887818

A---- Al margen.- Acta numero 108.- Omar Antonio Pacheco Monje. Al centro.- En la Presidencia Auxiliar Municipal del pueblo de Tecamachalco, perteneciente al Municipio de Jolalpan, del Estado de Puebla, siendo las 16 dieciseis horas del dia 30 treinta de agosto del año de 1975 mil novecientos setenta y cinco, ante mi, Angel Araiza Moranchel, Presidente Auxiliar Municipal Interi-no, Juez Encargado del Registro en este lugar; comparesen: Antonio Jesus Pacheco y Maria Rina Monje, de veintitres y veinte años de edad respectivamente, casados entre si, el se dedica al trabajo del campo, ella a los quehaseres de su hogar, domiciliados en la calle de Guerrero numero 4 cuatro en este lugar y presentan un niño vivo en tercer lugar, que lleva por nombre Omar Antonio Pa-checo Monje, nacido a las 4 cuatro horas del dia 8 ocho de Agosto del año de 1975 mil novecientos setenta y cinco y manifiestan: que el inscrito es hijo legitimo. Son abuelos paternos Domingo Pacheco y Adela Sanchez Mendoza. Testigos han sido Ignacio Tapia y Hermelinda Pacheco, con parentesco con el inscrito, casados, do-miciliados en la calle de Guerrero 2 dos y 3 tres respectivamente. Leida la presente fue ratificada por los que en ella intervinieron firmandola en union del suscrito Juez los que supieron hacerlo. El Presidente Auxiliar Municipal Interino.- Juez Encargado del Registr Civil.- Angel Araiza Moranchel.- Rubrica.--------------------------

Es copia fielmente sacada de su original, que se expide a peticion de parte interesada, para los usos legales a

**Exhibit U**

INV00000086