IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-CR-00120-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

OMAR PACHECO-MONJE,

       Defendant.

_____

## SENTENCING STATEMENT
_____

Omar Pacheco-Monje grew up in the United States. His mother is a United States citizen, his wife is a citizen, and his children and grandchildren are citizens. He was educated in this country, he has worked in this country, and he has paid taxes to this country. He has been prosecuted and convicted for returning to the country that has been his home since childhood. He respectfully requests that this Court impose the agreed-upon sentence of six months imprisonment followed by two years of supervised release that is outlined in the plea agreement.

    **I.   Mr. Pacheco-Monje may be a citizen of Mexico, but the United States is his home.**

Mr. Pacheco-Monje first came to the United States when he was ten years old. He joined his mother in Los Angeles, California, where she had been living since Mr. Pacheco-Monje was three years old. His mother had obtained legal status and

1

eventually became a United States citizen, but, unfortunately for Mr. Pacheco-Monje, she never tried to obtain legal status for her son.

The neighborhood where Mr. Pacheco-Monje and his mother and brother lived was dangerous. When he was seventeen years old, someone tried to steal his car and ended up shooting Mr. Pacheco-Monje in the chest. He did not begin receiving treatment for the mental and emotional impacts of this trauma until October 2019, after he attacked a security guard in response to being grabbed and physically escorted out of a bar.[1]

Mr. Pacheco-Monje met his wife, Marlyn Aguirre, when they lived in Los Angeles. They have been married for over twenty years and have four children and two grandchildren, all of whom live in the Denver area. Mr. Pacheco-Monje's mother also lives here. Their three youngest children still live in their family home. Their 25-year old daughter, Clarisa, lives two blocks away and often joins them for family dinners. They are a closely knit, loving family.

## II. Mr. Pacheco-Monje returned to the United States after facing violence and pressure to help drug traffickers in Mexico.

After he was removed to Mexico in 2009, Mr. Pacheco-Monje tried to build a life there. He lived near the border so that his wife and children could visit him as often as possible. Everyone he loves lives here in Colorado. He stayed in Mexico until one of the drug cartels became aware of his presence there.

---

[1] That incident resulted in criminal charges being filed against Mr. Pacheco-Monje, which is how the government became aware of his presence here. Mr. Pacheco-Monje was sentenced to probation for that case and been fully compliant up until his arrest for this case.

The cartel approached him about helping them move drugs across the border into the United States. They knew that he had been raised in this country and that he spoke English. They threatened to kill him if he refused to help them, and they drove the message home by striking him in the back of the head with a gun. Mr. Pacheco-Monje still has a long scar on the back of his head from this injury.

Mr. Pacheco-Monje had no intention of working for the cartel. But he did not want to be murdered, either. That is why he fled to his home here in the United States.

### III. A sentence of six months imprisonment followed by two years of supervised release is appropriate.

Mr. Pacheco-Monje asks that this Court accept the terms of the plea agreement and impose a sentence of six months imprisonment followed by two years of supervised release. This stipulated sentence is sufficient but not greater than necessary to effectuate the goals of 18 U.S.C. § 3553(a). Although the plea agreement and presentence investigation report ("PSIR") differ slightly with respect to the estimated guidelines range, the proposed sentence is within the estimated range for both calculations.

A six-month sentence takes into consideration Mr. Pacheco-Monje's strong family ties to the United States and the mitigating circumstances that prompted him to return to this country. This is also his first and only federal conviction. No greater sentence is necessary in light of the circumstances of this offense and Mr. Pacheco-Monje's individual history and characteristics.

WHEREFORE, Mr. Pacheco-Monje respectfully requests that this Court accept the terms of the plea agreement, which is the same as the recommended sentence in the PSIR, and impose a sentence of six months of imprisonment followed by two years of supervised release.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2022, I electronically filed the foregoing

**SENTENCING STATEMENT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Valeria Spencer, Assistant United States Attorney
    Valeria.Spencer@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Omar Pacheco-Monje (U.S. Mail)

                                                            <u>s/Kilie Latendresse</u>
                                                            KILIE LATENDRESSE
                                                            Assistant Federal Public Defender
                                                            633 17th Street, Suite 1000
                                                           Denver, CO  80202
                                                           Telephone:  (303) 294-7002
                                                           FAX:  (303) 294-1192
                                                           kilie.latendresse@fd.org
                                                           Attorney for Defendant