IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:  1:22-cr-00120-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     OMAR ANTONIO PACHECO-MONJE,
        a/k/a Anthony FLORES-Flores,
        a/k/a Antonio FLORES-Flores,
        a/k/a Omar FLORES-Flores,
        a/k/a Omar Antonio PACHECO-Monge,
        a/k/a Omar PACHECO,
        a/k/a "Crazy Boy,"
        a/k/a "Bus,",

        Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 16th day of September, 2022.

        COLE FINEGAN
        United States Attorney

BY:     *s/ Daniel McIntyre*
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0401
        Email: dmcintyre@usa.doj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of September, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                        *s/ Ian McCandless*
                                        Legal Assistant
                                        U.S. Attorney's Office