**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00120-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR ANTONIO PACHECO-MONJE,
    a/k/a Omar Antoio Pacheco-Monge,
    a/k/a Omar Pacheco,

    Defendant.

## GOVERNMENT'S MOTION FOR A ONE-LEVEL DOWNWARD DEPARTURE

    The United States of America, by and through the undersigned United States Attorney and Assistant United States Attorney, moves for a one-level downward departure pursuant to section 5K3.1 of the United States Sentencing Guidelines authorizing early disposition programs. The defendant qualifies for this one-level downward departure under this District's "Fast-Track" policy, and this motion was specifically contemplated in section (I)(C) of the plea agreement entered to resolve this matter.

    Dated: September 26, 2022,

    //

    //

    //

    //

Respectfully submitted,

COLE FINEGAN
UNITED STATES ATTORNEY

By:  s/ *Albert Buchman*
Albert Buchman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  al.buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

By: *s/ Albert Buchman*
Albert Buchman
Assistant U.S. Attorney
U.S. Attorney's Office