IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 22-cr-00120-PAB        Date:  September 29, 2022
Courtroom Deputy:  Sabrina Grimm            Court Reporter:   Janet Coppock
Probation Officer:   Sarah Johnson          Interpreter:  Cathy Bahr

_Parties:_                                  _Counsel:_

UNITED STATES OF AMERICA,                   Valeria Spencer

   Plaintiff,

v.

1.   OMAR ANTONIO PACHECO-MONJE,            Kilie Latendresse

   Defendant.

## COURTROOM MINUTES

## SENTENCING

**9:01 a.m.        Court in session.**

Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law and accepts the parties' sentencing stipulation.

**ORDERED:  Government's Motion for a One-Level Downward Departure [35] is
           GRANTED.**

**ORDERED:   Defendant shall be imprisoned for 6 months.  Upon release from imprisonment, defendant shall be placed on supervised release for a term of 2 years.**

**ORDERED:   Conditions of Supervised Release, as stated on record.**

**ORDERED:   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.**

Defendant advised of right to appeal.

**ORDERED:   Defendant is remanded to the custody of the U. S. Marshal.**

**9:22 a.m.      Court in recess.**

Hearing concluded.
Total time in court:    00:21